UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Michael Oberdorfer,<br><br>　　　　　　　　　Plaintiff,<br><br>– against–<br><br>Truist Bank, Transunion LLC, and Equifax Information Services LLC,<br><br>　　　　　　　　　Defendant(s). | Civil Action No. 2:23-cv-00401<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO TRUIST BANK** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Keli Vann, through her attorneys, Law Offices of Robert S. Gitmeid & Associates, PLLC, hereby dismiss Truist Bank, with prejudice.

Dated:  September 11, 2023            Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　/s/ J Andrew Shuniak_____
　　　　　　　　　　　　　　　　　　　J Andrew Shuniak, Esq., Bar No.: 93770
　　　　　　　　　　　　　　　　　　　Associate Attorney
　　　　　　　　　　　　　　　　　　　Law Offices of Robert S. Gitmeid & Assoc., PLLC
　　　　　　　　　　　　　　　　　　　Local Address:
　　　　　　　　　　　　　　　　　　　414 N. 25th Street, PO BOX #7938
　　　　　　　　　　　　　　　　　　　Richmond, Virginia 23223
　　　　　　　　　　　　　　　　　　　Tel: (571) 201-9021 Fax: (212) 208-2591
　　　　　　　　　　　　　　　　　　　Andrew.shuniak@gitmeidlaw.com
　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*