UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Michael Oberdorfer,<br><br>      Plaintiff,<br><br>– against–<br><br>Truist Bank, Transunion LLC, and Equifax Information Services LLC,<br><br>      Defendant(s). | Civil Action No. 2:23-cv-00401<br><br>**ORDER OF DISMISSAL AS TO TRANSUNION LLC ONLY** |

Plaintiff Michael Oberdorfer, by counsel, and Defendant Transunion LLC, ("Transunion") by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Transunion, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Michael Oberdorfer against Defendant Transunion are dismissed, with prejudice. Plaintiff Michael Oberdorfer and Transunion shall each bear their own costs and attorneys' fees.

Date: October 12, 2023

                JUDGE, United States District Court,
                Eastern District of Virginia