# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION



**MICHAEL OBERDORFER,**

    **Plaintiff,**

**v.**                                         **Case No. 2:23cv401**

**EQUIFAX INFORMATION SERVICES, LLC,**

    **Defendant.**

## ORDER

The parties herein have reported to the court that this matter is settled. It is, therefore, **ORDERED** that this case be, and it hereby is, **DISMISSED AGREED** with prejudice. Jurisdiction in the matter is retained solely for the purpose of enforcing the settlement agreement resulting in dismissal of the action.

The Clerk shall forward copies of this order to all counsel of record.

December **7**, 2023

Raymond A. Jackson
United States District Judge
UNITED STATES DISTRICT JUDGE